IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  APPROXIMATELY $1,500,000.00 IN UNITED STATES CURRENCY SEIZED
    FROM BANK OF AMERICA ACCOUNT NUMBER 139107956232,

     Defendant.

_____

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*
_____

The United States of America ("United States"), by and through United States Attorney Peter McNeilly and Assistant United States Attorney Kurt J. Bohn, pursuant to Supplemental Rule for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

## JURISDICTION AND VENUE

1.     The United States has commenced this action pursuant to the civil forfeiture provisions of 18 U.S.C. §§ 981(a)(1)(A), and (C), seeking forfeiture of defendant asset based upon violations of 18 U.S.C. § 641 (Theft of Government Property), 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. § 1957 (Money Laundering Spending Statute). This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.     Venue is proper under 28 U.S.C. § 1395 because the defendant property is located and some of the acts described herein occurred in the District of Colorado.

## DEFENDANT PROPERTY

3.     Defendant property is more fully described as follows:

1

Approximately $1,500,000.00 in United States currency, seized on April 24, 2026, held at Bank of America (a bank headquartered in Charlotte, North Carolina) account ending in 6232 in the name of Faith Education Ministry NA held by April and Todd Jessen, is currently being held by Department of Treasury.

## BACKGROUND OF INVESTIGATION

4.     For the tax years 2022, 2023, and 2024, April and Todd Jessen ("the Jessens"), engaged in a wire fraud scheme by submitting bogus Forms 1099-B attached to their federal Forms 1040 individual income tax returns submitted to the IRS that claimed hundreds of thousands to millions of dollars in income that the Jessens did not earn and tens of thousands to millions of dollars in federal tax withholdings that were not withheld. These tax returns also sought hundreds of thousands to millions of dollars in federal income tax refunds that the Jessens were not entitled to. As more fully set forth below, on one occasion, the Jessens were able to successfully obtain a fraudulent income tax refund for the 2022 tax year. The Jessens also tried unsuccessfully to obtain more fraudulent tax refunds from the IRS for the 2023 and 2024 tax years using the same scheme.

### The Manner To Defraud

5.     The Jessens deposited a refund check dated February 6, 2026, to a bank account held at Wells Fargo Bank N.A. (Minnesota) based on the routing number of 091000019 listed for the bank of deposit ("BOFD") on the back of the check. They then transferred $200,000 in proceeds from their wire fraud scheme to Mastercard and Capital One for credit card payments. On March 20, 2026, they then wired $1,500,000 to defendant bank account 139107956232 in the name of Faith Education Ministry NA held

2

at Bank of America. On February 16, 2026, 10 days after the refund check was issued, April Jessen then filed a "Statement of Trade Name of a Reporting Entity" document with the Colorado Secretary of State for Faith Education Ministry NA.

6.	The Jessens listed their filing status as 'married filing jointly' on the self-prepared federal income tax returns that they filed with the IRS for tax years 2022, 2023, and 2024. IRS records reflect the following Form 1099-B proceeds from broker and barter exchange transaction amounts for the Jessens for the 2022-2024 tax years:

| IRS Form 1099-B Proceeds from Broker and Barter Exchange Transaction 2022-2024 | | | | |
|---|---|---|---|---|
| Tax Year | Payee Name | Proceeds | Withholding | Payer Name |
| 2022 | April Jessen | $4,938,115 | $1,185,147 | First Tech Federal Credit Union |
| 2022 | April Jessen | $4,938,115 | $1,185,147 | First Tech Federal Credit Union |
| 2022 | April Jessen | $10,680,000 | $2,563,200 | ENT Credit Union |
| 2022 | Todd Jessen | $788,841 | $189,321 | First Tech Federal Credit Union |
| 2023 | April Jessen | $1,918,761 | $460,502 | First Tech Federal Credit Union |
| 2023 | April Jessen | $592,895 | $142,294 | ENT Credit Union |
| 2023 | Todd Jessen | $147,640 | $35,433 | First Tech Federal Credit Union |
| 2023 | Todd Jessen | $1,512,640 | $363,033 | ENT Credit Union |
| 2024 | April Jessen | $2,456,431 | $589,543 | First Tech Federal Credit Union |
| 2024 | April Jessen | $923,640 | $184,728 | April K Jessen |
| 2024 | April Jessen | $923,640 | $221,673 | April K Jessen |
| 2024 | April Jessen | $294,698 | $707,272 | April Katharine Jessen |
| 2024 | Todd Jessen | $147,640 | $35,433 | First Tech Federal Credit Union |
| 2024 | Todd Jessen | $1,341,128 | $321,870 | ENT Credit Union |
| 2024 | Todd Jessen | $83,978 | $0 | Todd Erling Jessen |
| 2024 | Todd Jessen | $419,890 | $100,773 | Todd Erling Jessen |

7.	On May 9, 2025, the Jessens filed a false federal Form 1040 individual income tax return for tax year 2022, claiming four separate false Form 1099-B proceeds from broker and barter exchange transactions. Three of the Form 1099-B were issued to April Jessen and one was issued to Todd Jessen. The first Form 1099-B was issued from payer First Tech Federal Credit Union ("FTFCU") with Taxpayer Identification Number

3

("TIN") 23-706XXXX listing proceeds in the amount of $4,938,115 and false federal tax withholdings of $1,185,147 (document locator number "DLN" 08539518960015). The second Form 1099-B is identical in nature to the first Form 1099-B concerning proceed and withholding amounts, with the primary difference listing DLN 08540511750165. The third Form 1099-B was issued from payer ENT Credit Union ("ECU") with TIN 84-047XXXX listing proceeds of $10,680,000 and false federal tax withholdings of $2,563200. The fourth Form 1099-B was issued to Todd Jessen from payer FTFCU listing proceeds of $788,841 and false federal tax withholdings of $189,321. IRS records indicate the withholding amounts listed on these Form 1099-B were not paid to the IRS. As a result of these false claims, the Jessens were entitled to a federal tax refund in the amount of $3,327,985. On February 6, 2026, the IRS issued a refund check in the amount of $3,517,626.10[1], and the Jessens deposited it into a Wells Fargo bank account that they controlled.

8.    On June 24, 2025, the Jessens filed a false federal Form 1040 individual income tax return for tax year 2023, claiming four separate false Form 1099-B proceeds from broker and barter exchange transactions. Two of the Form 1099-B were issued to April Jessen, and two were issued to Todd Jessen. The first Form 1099-B was issued to April Jessen from payer FTFCU listing proceeds in the amount of $1,918,761 and false federal tax withholdings of $460,502. The second Form 1099-B was issued to April Jessen from payer ECU listing proceeds of $592,895 and false federal tax withholdings

---

[1] Because there was a delay between when the Jessens filed for their false income tax refund on May 9, 2025, and when the IRS actually issued the false refund on February 6, 2026, the IRS paid the Jessens an additional $189,641.10 in interest, which is why the Jessens' false tax refund check is larger than the amount listed on the false 2022 Form 1040 individual income tax return.

of $142,294. The third Form 1099-B was issued to Todd Jessen from FTFCU listing proceeds of $147,640 and false federal tax withholdings of $35,433. The fourth Form 1099-B was issued to Todd Jessen from payer ECU listing proceeds of $1,512,640 and false federal tax withholdings of $363,033. IRS records indicate the withholding amounts listed on these Forms 1099-B were not paid to the IRS. The IRS did not issue a tax refund check based on these claims for the 2023 tax year.

9.      On December 19, 2025, the Jessens filed a false federal From 1040 individual income tax return for tax year 2024, claiming eight separate false Form 1099-B proceeds from broker and barter exchange transactions. Four of the Form 1099-B were issued to April Jessen, and four were issued to Todd Jessen. The first Form 1099-B was issued to April Jessen from Payer FTFCU listing proceeds in the amount of $2,456,431 and false federal tax withholdings on $589,543. The second Form 1099-B was issued to April Jessen from payer April K Jessen with TIN 601-03-XXXX listing proceeds of $923,640 and false federal tax withholdings of $184,728. The third Form 1099-B was issued to April Jessen from payer April K Jessen listing proceeds of $923,640 and false federal tax withholdings of $221,673. The fourth Form 1099-B was issued to April Jessen from payer April Katharine Jessen with TIN 601-03-XXXX listing proceeds of $294,698 and false federal tax withholdings of $707,272. The fifth Form 1099-B was issued to Todd Jessen from FTFCU listing proceeds of $147,640 and false federal federal tax withholdings of $35,433. The sixth Form 1099-B was issued to Todd Jessen from payer ECU listing proceeds of $1,341,128 and false federal tax withholdings of $321,870. The seventh Form 1099-B was issued to Todd Jessen from payer Todd Erling Jessen with TIN 524-43-XXXX listing proceeds of $83,978 and federal tax withholdings of $0.

5

The eighth Form 1099-B was issued to Todd Jessen from payer Todd Erling Jessen listing proceeds of $419,890 and false federal tax withholdings of $100,773. IRS records indicate the withholding amounts listed on these Form 1099-B were not paid to the IRS. The IRS did not issue a tax refund check based on these claims for the 2024 tax year.

## FINANCIAL ANALYSIS

10.     A review of bank account records and internal IRS records revealed the following regarding the disposition of the fraudulent refund proceeds the Jessens obtained from the U.S. Treasury: After receiving the false tax refund check dated February 6, 2026, the Jessens deposited the 2022 tax year refund check for $3,517,626.10 into an account at Wells Fargo. The Jessens wired $200,000 of those funds to Mastercard and Capital One for credit card payments. On March 20, 2026, The Jessens made an interstate wire totaling $1,500,000 of those fraudulently obtained funds held at Wells Fargo (a bank headquartered in San Francisco, California) to defendant account number 139107956232 in the name of Faith Education Ministry NA held by the Jessens at Bank of America (a bank headquartered in Charlotte, North Carolina).

## CONCLUSION

11.     Based on the facts and circumstances described above, evidence shows that April and Todd Jessen not only submitted false tax returns to the IRS; they laundered the fraud proceeds by using those proceeds to make $200,000 in credit card payments to Mastercard and Capital One accounts in violation of 18 U.S.C. § 1957; and committed wire fraud by transmitting $1,500,000 of the stolen government funds between interstate bank accounts held at Wells Fargo and Bank of America in violation of 18 U.S.C. § 1343.

6

12.     There is probable cause to believe that the defendant bank account constitutes proceeds traceable to violations of 18 U.S.C. § 641 and 18 U.S.C. § 1343, and is, therefore, subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A), and (C).

<u>VERIFICATION OF EVAN GARRETT</u>
<u>SPECIAL AGENT, INTERNAL REVENUE SERVICE</u>

I, Special Agent Evan Garrett, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

*s/ Evan Garrett*
Evan Garrett
Special Agent - IRS

**FIRST CLAIM FOR RELIEF**

1.     The Plaintiff repeats and incorporates by reference the paragraphs above.

2.     By the foregoing and other acts, approximately $1,500,000.00 in United States currency seized from Bank of America account number 139107956232, constitutes or was derived from proceeds traceable to violation of 18 U.S.C. § 641, 18 U.S.C. § 1343 and 18 U.S.C. § 1957, and therefore is forfeitable pursuant to 18 U.S.C. §§ 981(a)(1)(A), and (C).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the Defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

7

DATED this 18th day of May 2026.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

By: s/*Kurt J. Bohn*
Kurt J. Bohn
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: kurt.bohn@usdoj.gov
*Attorney for the United States*